**Obidio A. ALVARADO, Petitioner**

v.

**Eric H. HOLDER, Jr., U.S. Attorney General, Respondent.**

No. 08–60485
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 6, 2009.

Cyril Chukwurah, Houston, TX, for Petitioner.

Thomas Ward Hussey, Director, John Clifford Cunningham, Blair T. O'Connor, U.S. Department of Justice, Office of Immigration Litigation Ben Franklin Station, Washington, DC, Sharon A. Hudson, U.S. Citizenship & Immigration Services, Houston, TX, for Respondent.

Before DAVIS, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Obidio A. Alvarado petitions this court for review of the Board of Immigration Appeals's (BIA's) summary dismissal of his appeal. Alvarado fails to address the BIA's reasons for the summary dismissal, specifically the BIA's conclusions that his notice of appeal failed to "meaningfully apprise the Board of the specific reasons underlying the challenge to the Immigration Judge's decision," that his brief was untimely, and that he failed to "reasonably explain" his failure to file a timely brief. Accordingly, any arguments relating to the BIA's summary dismissal of his appeal are abandoned. *Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir.2003).

Further, because Alvarado failed to exhaust his claims by presenting them to the BIA, we are without jurisdiction to review the claims. *See* 8 U.S.C. § 1252(d)(1); *Toledo–Hernandez v. Mukasey*, 521 F.3d 332, 336 (5th Cir.2008); *Townsend v. INS,* 799 F.2d 179, 181–82 (5th Cir.1986) (conclusional statements in the notice of appeal did not preserve claim for the BIA's review).

PETITION DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.